# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

KEVIN DAVIS,                                                                 **16-CV-60053-Cohn/Seltzer**

        Plaintiff,

vs.

HAIRSTYLIST MANAGEMENT
SYSTEMS, INC.,

        Defendant.
_____/

### SUMMONS IN A CIVIL CASE

TO:      Defendant:    HAIRSTYLIST MANAGEMENT SYSTEMS, INC.
      Registered Agent:    CORPORATION SERVICE COMPANY
                              1201 HAYS STREET
                              TALLAHASSEE, FL 32301-2525

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                James M. Loren, Esquire
                100 S. Pine  Island Rd – Suite 132
                Plantation, FL 33324
                Phone: 954-585-4878
                Facsimile: 954-585-4886
                E-Mail: JLoren@lorenlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

    You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

**January 11, 2016**
_____
DATE